Geri N. Kahn (State Bar No. 148536)
geri@gerinkahn.com
Geri N. Kahn, Esq.
465 California Street, Suite 607
San Francisco, CA 94104
Telephone: 415-397-5446
Facsimile: 707-312-8271

Attorneys for Plaintiff
Damario Eubanks

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Damario Eubanks,<br><br>Plaintiff,<br><br>vs.<br><br>Commissioner of Social Security,<br><br>Defendant. | Case No. 2:26-cv-02548 ICD<br><br>Stipulation of Extension of Time to File Brief in Support of Motion For Summary Judgment; Order |

Plaintiff, by and through his attorney of record, and Defendant, by and through his attorney of record, hereby stipulate, subject to the approval of the Court, to a 45-day extension of time for Plaintiff's counsel to file a brief in support of his Motion for Summary Judgment, in light of the following:

1. Plaintiff's counsel is a sole practitioner and has other cases with impending deadlines. She has no one else to whom she can delegate the work. She needs additional time to complete the brief.
2. Plaintiff's counsel has emailed Margaret Branick-Abilla, defendant's counsel. Ms. Branick-Abilla has indicated that she is agreeable to a 45 day extension of time for counsel to prepare the brief.
3. Should the request be granted, Plaintiff's brief will be due on December 3, 2026, Defendant's reply brief on January 4, 2027, and Plaintiff's optional response brief on January 18, 2027.

Respectfully submitted,

Dated: October 13, 2026

/s/ Geri N. Kahn
GERI N. KAHN
Attorney for Plaintiff

Dated: October 13, 2026

/s/ Margaret Branick-Abilla
MARGARET BRANICK-ABILLA
Special Assistant United States Attorney
(*By email authorization on October 13, 2026)

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: October 14, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE