ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration | Law & Policy
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4809
Email: Margaret.Branick-Abilla@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAMARIO EUBANKS,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 2:26-cv-2548-ICD<br><br>**ORDER** |

Having considered Defendant's Unopposed Motion to Strike the Certified Administrative Record and to File a Corrected Certified Administrative Record, and good cause appearing, IT IS ORDERED that the Commissioner's Motion is granted. The Certified Administrative Record (CAR) filed on September 18, 2026 (ECF No. 10) shall be stricken. The Commissioner shall file a corrected CAR within 30 days of the date of this Order.

IT IS SO ORDERED.

Dated: October 20, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE